```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 31930
   SEAN PATRICK DEVINE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3121

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 08/12/2005 and was confirmed 09/22/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 11/07/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
STATE FARM                 SECURED            2500.00        68.32      2500.00
BANK OF AMERICA NA         UNSECURED        NOT FILED          .00          .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY      NOT FILED          .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED          6846.91          .00      6846.91
COLLECTCORP                NOTICE ONLY      NOT FILED          .00          .00
COMCAST                    UNSECURED        NOT FILED          .00          .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00          .00
ECAST SETTLEMENT CORP      UNSECURED          7911.23          .00      7911.23
BAKER MILLER MARKOFF & K   NOTICE ONLY      NOT FILED          .00          .00
CREDIT PROTECTION ASSOC    NOTICE ONLY      NOT FILED          .00          .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY      NOT FILED          .00          .00
PETER FRANCIS GERACI       DEBTOR ATTY       1,600.00                   1,600.00
TOM VAUGHN                 TRUSTEE                                      1,110.94
DEBTOR REFUND              REFUND                                         886.10

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               20,923.50

PRIORITY                                         .00
SECURED                                     2,500.00
   INTEREST                                    68.32
UNSECURED                                  14,758.14
ADMINISTRATIVE                              1,600.00
TRUSTEE COMPENSATION                        1,110.94
DEBTOR REFUND                                 886.10
                      --------------      --------------
TOTALS                 20,923.50            20,923.50


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 31930 SEAN PATRICK DEVINE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                  /s/ Tom Vaughn

Dated: 02/28/08                          _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE